Antie Armour #326387
Coffield Unit
2661 FM 2054
Tenn. Colony, TX 75884

LEGAL

Clerk
U.S. District Court
211 W. Ferguson St. RM 106
Tyler, TX 75702

